UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERNANDEZ, <br><br> Plaintiff, <br><br> v. <br><br> EASTLAND PLAZA HOLDINGS LLC, a Delaware Limited Liability Company; JCC ENTERPRISE, INC., a California Corporation, <br><br> Defendants. | Case No.: 2:21-cv-02273-WBS-JDP <br><br> **ORDER** |

## **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal no later than April 24, 2022, or a Joint Status Report by that date if settlement has not been finalized. The Scheduling Conference currently set for April 11, 2022 is continued to **May 9, 2022 at 1:30 p.m.**, pending submission of the stipulated dismissal.

**IT IS SO ORDERED.**

**Dated:  February 23, 2022**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Notice of Settlement            -1-            2:21-cv-02273-WBS-JDP